UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-20353-3

UNITED STATES OF AMERICA,

    Plaintiff,

-v-

DEMEKCO MOTTON, ET.AL,

    Defendants,
_____/

ORDER GRANTING EXTENSION OF TIME TO FILE MOTIONS

Defendant Motton having filed a Motion for Extension of Motion Deadline Date; now therefore,

IT IS HEREBY ORDERED that the Defendant's Motion for Extension of Motion Deadline Date is granted. Defendant shall file any motions by November 18, 2009.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: November 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 4, 2009, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager